IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

HUBERT LOWE, et al.,

        Plaintiffs,

v.                                    CIVIL ACTION NO.   2:12-cv-06925

PEABODY HOLDING COMPANY, LLC, et al.,

        Defendants.

## JUDGMENT ORDER

In accordance with the accompanying order, the court **DISMISSES** this action **with prejudice** and **ORDERS** that this case be stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

        ENTER:       September 27, 2013

        _____
        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE